1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 MIKAEL YOUNG,                                    Case No. 18-cv-00633-BLF

              Plaintiff,

8

9       v.                                        **REFERRAL FOR PURPOSE OF
                                                  DETERMINING RELATIONSHIP**

10 INTEL CORPORATION,

              Defendant.

11

12

13

14        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

15 Honorable Edward J. Davila for consideration of whether the case is related to *Garcia et al. v.*

16 *Intel Corporation*, Case No. 18-cv-00046-EJD.

17

18        **IT IS SO ORDERED.**

19

20 Dated: January 31, 2018

21 _____

   BETH LABSON FREEMAN

22 United States District Judge

23

24

25

26

27

28